Kate Hammond and Others, Appellants, Impleaded with Hammond & Company, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Benjamin Levy, by David Levy, His Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that plaintiff showed *prima facie* that he was entitled to recover. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Morris Levy, Respondent, v. Consumers' Park Brewing Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

George E. Lovett & Company, Respondent, v. Walter Gibb and Others, as Executors, etc., of Arthur Gibb, Deceased, and Walter Gibb, etc., Appellants.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Opinion per curiam.* Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Cornelius J. Lynch, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., dissented.

Mary Ann MacArthur, Appellant, v. James MacArthur, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

McCaldin Brothers Company, Respondent, v. The Pain Manufacturing Company, Appellant.— Order modified by imposing as a condition of the amendment that plaintiff pay all costs and disbursements to date of order, to be taxed, together with ten dollars costs of the motion; and as modified affirmed, with costs of this appeal to appellant. No opinion. Jenks, P. J.; Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Josef Million, Appellant, v. North Side Bank of Brooklyn, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frances Newman, as Administratrix, etc., of Charles J. Newman, Deceased, Respondent, v. Leah Newman, Interpleaded, etc., Appellant (2 actions). Leah Newman, Appellant, v. Frances Newman, as Administratrix, etc., of Charles J. Newman, Deceased, Interpleaded, Respondent. (2 actions).— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Martin* v. *Prentice* (133 App. Div. 741) and *Miller* v. *Baillard* (124 id. 555). No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Ellen C. Osborn, Respondent, v. Howard J. M. Cardeza and Others, Appellants.— Judgment modified so that it shall provide that the referee's fees and the entire amount of the stenographer's fees upon the accounting, as fixed by the court at Special Term, shall be paid by defendants

---

* Withheld from publication by direction of the court.